

LAW OFFICES OF
CHARLES WERTMAN P.C.

January 17, 2023

Via ECF/PACER
Magistrate Judge Robert M. Levy
United State District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:   <u>**U.S. Bank National Association v. 1427 43 St LLC at al.**</u>
            **Case No. 1:22-cv-01401-WFK-RML**

Magistrate Judge Levy:

    This office represents 1427 43 St LLC and Zalmen Wagschal defendants in the above-referenced action ("Defendants"). Preliminary, I want to apologize to the Court for what was a genuine misunderstanding that the Court stayed discovery pending mediation.

    In light of Your Honor's Order dated January 16, 2023, granting Plaintiff's Motion to Compel Discovery, Defendants are requesting a stay of discovery pending the Mediation which is scheduled for January 19, 2023. Defendants are also requesting an extension of the time to respond to Plaintiff's discovery demands to January 31, 2023.

    Thank you for your consideration of this matter.

                                                        Respectfully,

                                                        Charles Wertman, Esq.